UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAIYA MCCOY, on behalf of herself and all others similarly situated, | CASE NO.: 5:22-cv-00884 |
| Plaintiffs, | JUDGE JOHN R. ADAMS |
| v. | |
| NEABAR, INC. d/b/a GATSBY'S PUB, *et al.*, | **ORDER OF DISMISSAL** |
| Defendants. | |

On April 5, 2023, the Parties notified the Court that this matter has been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The Parties may submit their motion to approve the settlement by no later than May 5, 2023. This Court will retain jurisdiction over the settlement.

IT IS SO ORDERED.

DATED: April 5, 2023

*/s/ John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT